**BRUMLEY v. MALLARD, L.L.C.**

[357 N.C. 247 (2003)]

A. NEAL BRUMLEY, Executor of the Estate of William Glenn Dellinger, Deceased
v. MALLARD, L.L.C. and BONN A. GILBERT, JR., a/k/a Bonn Gilbert

No. 658A02

(Filed 13 June 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 154 N.C. App. 563, 575 S.E.2d 35 (2002), affirming an order denying defendants' motion for summary judgment and an order granting plaintiff's motion for summary judgment entered 30 May 2001 by Judge James E. Lanning in Superior Court, Mecklenburg County. Heard in the Supreme Court 9 April 2003.

*Richard H. Robertson for plaintiff-appellee.*

*Richard H. Tomberlin for defendant-appellants.*

PER CURIAM.

AFFIRMED.